IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02413-MSK
(Criminal Case No. 07-cr-00188-WDM-11)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

ROBERTO LOPEZ,

    Defendant-Petitioner,

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion as to Roberto Lopez entered by the Honorable Marcia S. Krieger on October 22, 2012, the following Final Judgment is hereby entered.

It is ORDERED that Petitioner Roberto Lopez's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 1417;) is DENIED and the action is dismissed with prejudice.

Dated at Denver, Colorado this   23rd   day of October, 2012.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: s/ Edward P. Butler
                              Edward P. Butler, Deputy Clerk